1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

11  KEVIN R. SCHRUBB,                    )   Case No. CV 16-04438-MWF (DTB)
                                        )
12                  Petitioner,          )
                                        )
13          vs.                          )   ORDER ACCEPTING FINDINGS,
                                        )   CONCLUSIONS AND
14  JOSIE GASTELO,                       )   RECOMMENDATIONS OF UNITED
                                        )   STATES MAGISTRATE JUDGE
15                  Respondent.          )
                                        )
16  _____      )

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the
18  records and files herein, and the Report and Recommendation of the United States
19  Magistrate Judge.  No objections to the Report and Recommendation have been filed
20  herein.    The Court concurs with and accepts the findings, conclusions and
21  recommendations of the Magistrate Judge.

22          IT THEREFORE IS ORDERED that Judgment be entered granting the Motion
23  to Dismiss and summarily dismissing this action without prejudice.

24
25
26  Dated: March 30, 2017
                                        _____
27                                       MICHAEL W. FITZGERALD
                                        UNITED STATES DISTRICT JUDGE
28

1