JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN R. SCHRUBB,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>JOSIE GASTELO,<br><br>　　　　Respondent. | Case No. CV 16-04438-MWF (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: March 30, 2017

　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE